**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  A.N.L.                                           :  No. 52 MM 2018
                                                        :
                                                        :
PETITION OF:  A.B.                                       :


**ORDER**


**PER CURIAM**

AND NOW, this 4th day of April, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.